LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com

MIKAL C. WATTS (*Pro Hac Vice* Forthcoming)
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
ALICIA D. O'NEILL (*Pro Hac Vice* Forthcoming)
Texas State Bar No. 24040801
aoneill@wattsguerra.com
**WATTS GUERRA LLC**
5726 W. Hausman Dr., Suite 119
San Antonio, Texas 78249
Direct: (210) 447-0500

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| **INGRID MORAN, INDIVIDUALLY AND AS GUARDIAN AD LITEM TO M.B., A MINOR, AND I.B., A MINOR,**<br><br>Plaintiffs,<br><br>v.<br><br>**CVS Pharmacy, Inc.,**<br><br>Defendant. | Case No. 3:22-cv-5070<br><br>**PETITION FOR GUARDIAN AD LITEM; AND ORDER** |

PETITIONER M.B., and I.B., minors, by and through their mother, Ingrid Moran, respectfully presents:

1.    Petitioners are minors.

2.    Petitioners are the children of Ingrid Moran. Ingrid Moran has custody of the petitioners.

3.    The minors have a cause of action against the above-named defendant

1

on which a suit should be brought in this court. The cause of action arises under the provisions of the Social Security Act, Title XVI.

4.    The petitioners have no guardian of their estate.

5.    Ingrid Moran is willing to serve as guardian ad litem of the petitioners and is fully competent to understand and protect the rights of the minors and to have no interest adverse to that of the minors.

6.    Petitioners have contracted with Mikal C. Watts, Watts Guerra LLC, 5726 W. Hausman Dr., Suite 119, San Antonio, Texas 78259, and Khaldoun A. Baghdadi of Walkup, Melodia, Kelly and Schoenberger, 650 California Street, San Francisco, California 94108, to prosecute the causes of action for the minors.

WHEREFORE, petitioners pray that Ingrid Moran or some other proper person can be appointed as guardian ad litem for M.B., and I.B. to prosecute the above-described cause of action on behalf of M.B., and I.B.

Dated:  September 7, 2022        WALKUP, MELODIA, KELLY & SCHOENBERGER

By:    /s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs Ingrid Moran,
Individually and as Guardian ad Litem to
M.B., and I.B., minors

Dated:  September 7, 2022        WATTS GUERRA LLC

By:    /s/ Mikal C. Watts
MIKAL C. WATTS
ALICIA D. O'NEILL
Attorneys for Plaintiffs Ingrid Moran,
Individually and as Guardian ad Litem to
M.B., and I.B., minors

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
PETITION FOR GUARDIAN AD LITEM; AND ORDER - CASE NO. 3:22-cv-5070

**VERIFICATION**

I, Ingrid Moran, am the mother of the petitioners in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 7, 2022                    /s/ *Ingrid Moran*
                                            INGRID MORAN

**CONSENT OF APPOINTMENT**

I hereby consent to act as guardian ad litem for the minors M.B., and I.B.

Dated:  September 7, 2022                    */s/ Ingrid Moran*
                                            INGRID MORAN

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
PETITION FOR GUARDIAN AD LITEM; AND ORDER - CASE NO. 3:22-cv-5070

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of M.B., and I.B. for the appointment of Ingrid Moran as guardian ad litem for M.B., and I.B., who are minors and good cause appearing, therefore.

IT IS HEREBY ORDERED that Ingrid Moran be, and she is, hereby appointed as guardian ad litem for M.B., and I.B., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATED:

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210